UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TERESA BENNETT, *et al*.,

    Plaintiffs,

Case No. 07-14005

v.

Honorable John Corbett O'Meara

MIS CORPORATION, *et al*.,

    Defendants.

                                            /

**ORDER DENYING PLAINTIFFS' SEPTEMBER 19, 2008
MOTION FOR RECONSIDERATION AND MOTION TO FILE PROPOSED REVISED
FIRST AMENDED COMPLAINT**

This matter came before the court on Plaintiffs' September 19, 2008 Motion for Reconsideration and Motion to File Proposed Revised First Amended Complaint. Plaintiffs request reconsideration of the court's September 5, 2008 order granting Defendants' dispositive motions. Pursuant to Local Rule 7.1(g)(2), no response was filed and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case Plaintiffs' motion for reconsideration and motion to file a revised amended complaint merely present the same issues ruled upon by the court and fail to demonstrate a palpable defect by which the court and the parties have been misled.

# **ORDER**

It is hereby **ORDERED** that Plaintiffs' September 19, 2008 Motion for Reconsideration and Motion to File Proposed Revised First Amended Complaint is **DENIED.**

                                                        s/John Corbett O'Meara
                                                        United States District Judge

Date: November 10, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 10, 2008, by electronic and/or ordinary mail.

                                                        s/William Barkholz
                                                        Case Manager